AO 455(Rev. 5/85) Waiver of Indictment

**FILED**
APR - 3 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
|---|---|
| v. | |
| PORFIRIO OLIVA-GONZALES | CASE NUMBER: 08CR1032-JLS |

I, **PORFIRIO OLIVA-GONZALES**, the above named defendant, who is accused committing the following offense:

Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on **4/3/2008** prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_P.O_
_Porfirio Oliva_
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER