AO455 (Rev.5/85) Waiver of Indictment

**FILED**
MAY - 9 2008
CLERK, US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
|---|---|
| vs. | Case No. 2008CR1032-JLS |
| PORFIRIO OLIVA-GONZALEZ | |

I, PORFIRIO OLIVA-GONZALEZ, the above named defendant, who is accused of

1325 - misdemeanor
1325 - misdemeanor
1325 - felony

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __5/9/08__ prosecution by indictment and consent that
                                *Date*
the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
       Judicial Officer